# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Kenny<br><br>*Defendant* | Case: 1:23-mj-00359<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 12/18/2023<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Michael Kenny,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings,;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building..

Date:  12/18/2023                                             *Zia M. Faruqui*
                                                           *Issuing officer's signature*

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                                           *Printed name and title*

### Return

This warrant was received on *(date)* 12/18/2023, and the person was arrested on *(date)* 12/21/2023
at *(city and state)* Greenwich, Connecticut

Date:  12/21/2023                                            *[signature]*
                                                            *Arresting officer's signature*

                                                            TFO Charles Bascetta
                                                            *Printed name and title*